Judge John J. Tharp, Jr
Magistrate Judge Young B. Kim

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CHANCERY DIVISION

|  |  |  |
|---|---|---|
| SILVERLEAF FUNDING, LLC AS ASSIGNEE OF WOODBRIDGE MORTGAGE INVESTMENT FUNDING, LLC, | ) ) ) | Case No. 14 CH 03063 |
| Plaintiff, | ) ) | Calendar/Room 57 |
| V. | ) ) | 4136 W. Jackson Blvd. Chicago, Illinois 60624 |
| HOME ELECTRONIC SOLUTIONS, INCORPORATED; DERRICK HAWTHORNE; UNKNOWN OWNERS, NON RECORD CLAIMANTS, UNKNOWN TENANTS, OCCUPANTS and LEASEHOLDS, Defendants | ) ) ) ) ) ) ) | NOTICE OF REMOVAL |

**FILED**

MAY 19, 2015

MAY 1 9 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### NOTICE OF REMOVAL

TO: SERVICE LIST

COMES NOW Derrick [Hawthorne],Sui Juris, by Special Appearance, intervening and advising the court as well as the alleged plaintiff the Supremacy Clause within Article VI of the U.S. Constitution dictates that the Constitution is the "supreme law" of the territory. This means that judges in every state must follow the Constitution. Under the doctrine of preemption, which is based on the Supremacy Clause, the Constitutions preempt federal law and/or state law, even when the laws conflict. The 1970 Illinois Constitution as adopted at special election on December 15, 1970 election, art. VI §1 Courts provides: **the judicial power is vested in a Supreme Court, an Appellate Courts and Circuit Courts.** These are the only Illinois courts provided by the Constitution. The 1970 Illinois Constitution adopted at special election on December 15, 1970, art. VI § 4 establishes jurisdiction: (a)The Supreme Court may exercise original jurisdiction in cases relating to revenue, mandamus, prohibition or habeas corpus and as may be necessary to the complete determination of any case on review. Thus, a federal court has jurisdiction and may require a state court to stop certain behavior it believes interferes with, or is in conflict with, the Constitution(s).

*Relief Demanded*

Wherefore Plaintiff demands:
This case is transferred to a Federal venue pursuant to [FRCP 5.1(a)] Constitutional Challenge to State Statute. This transfer is authorized pursuant to [FRCP Rule 24(a)] the unconditional right to intervene, and [FRCP Rule 8] writ of error.

By: _____
Derrick: Hawthorne (Flesh and blood living man)

Derrick [Hawthorne]
C/o 4136 W. Jackson Blvd.
at Chicago Illinois republic near[60624]



1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The Military shall be in strict subordination to the civil power.

Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CHANCERY DIVISION

| | | |
|---|---|---|
| SILVERLEAF FUNDING, LLC AS ASSIGNEE OF WOODBRIDGE MORTGAGE INVESTMENT FUNDING, LLC, | ) ) ) | Case No. 14 CH 03063 |
| Plaintiff, | ) ) | Calendar/Room 57 |
| V. | ) ) | 4136 W. Jackson Blvd. Chicago, Illinois 60624 |
| HOME ELECTRONIC SOLUTIONS, INCORPORATED; DERRICK HAWTHORNE; UNKNOWN OWNERS, NON RECORD CLAIMANTS, UNKNOWN TENANTS, OCCUPANTS and LEASEHOLDS, Defendants | ) ) ) ) ) ) | NOTICE OF MOTION, WRIT OF ERROR AND MOTION TO INTERVENE |

## NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE, WRIT OF ERROR AND MOTION TO INTERVENE

TAKE NOTICE THAT pursuant to the [FRCP Rule 5.1(a)] Constitutional Challenge to a Statute

the defendant listed in the above styled action will make and application for:

1. Short leave be granted for application ; and

2. Relief [under 24.1of the FRCP] on the following grounds:

    a. Writ of error challenge to the constitutionality of state statutes and/or codes:

        i.   [735 ILCS § 5/15-501 et seq.]

        ii.  [735 ILCS § 5/15-501 et seq.]

        iii. [735 ILCS § 5/15-1504 et seq.]

        iv.  [735 ILCS § 5/15-1221 et seq.]

        v.   [735 ILCS § 5/15-1223 et seq.]

1:15-cv-04443
Judge John J. Tharp, Jr
Magistrate Judge Young B. Kim



FILED
MAY 19, 2015
MAY 1 9 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1

1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The Military shall be in strict subordination to the civil power.

Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™

      vi.    [735 ILCS § 2-619 et seq.]

     vii.    [735 ILCS § 5/15-1210 et seq.]

    viii.    [735 ILCS § 5/15-1402 et seq.]

     ix.    [UCC filed on February 14, 2014 by Plaintiff]

**AND TAKE FURTHER NOTICE THAT** the matter is to be argued and set for trial on August 30th, 2015;

**AND TAKE FURTHER NOTICE THAT** a registered copy of the certificate of title file on the 19TH of January, was filed with this court in support of defendants' defense;

**AND TAKE FURTHER NOTICE THAT** an affidavit file on the 18th of May, 2015 was filed with this court in support of defendants' defense;

**AND TAKE FURTHER NOTICE THAT** certificate of title file April 13th, 2010 and December 18th, 2014, was filed with this court in support of defendants' defense;

**AND TAKE FURTHER NOTICE THAT** notice of default file March 6th, 2015 was filed with this court in support of defendants' defense;

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the constitutional questions are as follows:

1.     The complaint was filed on June 17, 2013 in the Circuit Court of Cook County Illinois, County Department, Chancery Division;

2.     The *date* the Plaintiff's motion to Approve Entry of Report of Sale was heard on April 30th, 2015; matters were opinioned by the Circuit Court of Cook County Illinois, County Department, Chancery Division enforcing Illinois statutes listed in 2(a)(i-ix.);

2



1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The Military shall be in strict subordination to the civil power.

Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™

     3.      The defendant denies this Plaintiffs Complaint and all Counts (I,II, and III) as

unlawful;.

     4.      Findings of the Circuit Court of Cook County Illinois, County Department,

Chancery Division in favor of this Plaintiff enforcing statutes and codes listed 2(a) (i-xi) violate

the defendant's constitutionally protected rights;

     5.      The *date* set for argument and trial for this matter is set for August  30th , 2015;

     6.      The defendant *unalienable rights* protected by the Illinois Constitution 1970,  as

Adopted at special election on December 15, 1970,  Bill of Rights Article I § 2 to not be

deprived liberty or property without due process of law nor be denied equal protection of the

laws was violated.  The Illinois Constitution 1970, as Adopted at special election on December

15, 1970, Bill of Rights Article I §2: No person shall be deprived of life, liberty or property

without due process of law nor be denied the equal protection of the laws;

     7.      The defendant *unalienable rights* protected by the Illinois Constitution 1970 as

Adopted at special election on December 15, 1970, Bill of Rights Article I §16, to not be subject

to ex post facto laws was violated.  The Illinois Constitution 1970, as Adopted at special election

on December 15, 1970,  Bill of Rights Article I §16: No ex post facto law, or law impairing the

obligation of contracts or making an irrevocable grant of special privileges or immunities, shall

be passed;

     8.      The defendant *unalienable rights* protected by the Illinois Constitution as

Adopted at special election on December 15, 1970，  Bill of Rights Article I § 3 rights to free

exercise and enjoyment of religious profession and worship, without discrimination,  without

denial of any civil or political right, privilege or capacity was violated. The Illinois Constitution

1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The Military shall be in strict subordination to the civil power.

Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™ as Adopted at special election on December 15, 1970, Bill of Rights Article I § 3: The free

exercise and enjoyment of religious profession and worship, without discrimination, shall forever

be guaranteed, and no person shall be denied any civil or political right, privilege or capacity, on

account of his religious opinions; but the liberty of conscience hereby secured shall not be

construed to dispense with oaths or affirmations, excuse acts of licentiousness, or justify

practices inconsistent with the peace or safety of the State. No person shall be required to attend

or support any ministry or place of worship against his consent, nor shall any preference be given

by law to any religious denomination or mode of worship;

9. The defendant *unalienable rights* protected by the 1970 Illinois Constitution as

Adopted at special election on December 15, 1970, Article IX section 8(a) right to Real property

not being sold for the non-payment of taxes or special assessments without judicial proceedings;

and, 8(b) the right to redeem from all sales of real estate for the non-payment of taxes or special

assessments existing in favor of owners and persons interested for not less than 2 years, was

violated;

10. The defendant *unalienable rights* protected by the 1970 Illinois Constitution as

adopted by special election on December 15, 1970, Article VI providing Illinois court

jurisdiction and authority, was not adhered to, and therefore, was violated;

11. The defendant has yet to receive discovery.

12. Any prior orders and judgments rendered in a court in want of jurisdiction, using

statutes and codes that are unconstitutional and must be vacated as an error;

13. Substantive law is in support of defendant's defense.

4

1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The Military shall be in strict subordination to the civil power.

Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™

**AND TAKE FURTHER NOTICE THAT** the grounds for these constitutional questions are as follows:

1.    That the 1970 Illinois Constitution as adopted at special election on December 15, 1970, Article VI §1: The judicial power is vested in a Supreme Court, an Appellate Court and Circuit Courts. These are the only Illinois courts provided by the Constitution. The present circuit courts superseded various trial courts of limited jurisdiction, such as *county courts*, *municipal courts*, and *probate courts*. Further, Article VI § 4 provides: (a) The Supreme Court may exercise original jurisdiction in cases relating to revenue, mandamus, prohibition or habeas corpus and as may be necessary to the complete determination of any case on review;

2.    That the Illinois Constitution 1970, as adopted at special election on December 15, 1970, Article IV § 13: The General Assembly shall pass no special or local law when a general law is or can be made applicable. Whether a general law is or can be made applicable shall be a matter for judicial determination;

3.    That the Ill. Const. 1970 Article VI § 9 is clear, *except in the area of administrative review,* the jurisdiction of the circuit court flows from the constitution, not the legislature. The General Assembly, of course, has no power to enact legislation that would contravene Illinois Constitution 1970. See *Tully v. Edgar,* 171 Ill.2d 297, 308, 215 Ill.Dec. 646, 664 N.E.2d 43 (1996). (Quoting *Bellville Toyota v. Toyota Motor Sales* 770 N.E.2d 177 (2002), 199 Ill.2d 325 264 Ill. Dec. 283);

4.    That, in this case, it is unlawful to enforce the purely statutory causes of action listed in this challenge as 2(a)(i-ix) against the defendant, in a county court of limited jurisdiction. Further, such court lacked jurisdiction to grant the relief requested and any orders or

5



1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The
Military shall be in strict subordination to the civil power.
Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien
holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™
judgments rendered by it which can only be null and void, under the constitution. See, *e.g.,*

*Martin v. Schillo,* 389 Ill. 607, 609-10, 60 N.E.2d 392 (1945)*;*

  5.  That the defendant's constitutionally protected rights to "substantive due process"

*__of law__* and "equal protection" *__of the laws__* prohibits using and enforcing "local or special laws"

(i.e. revised statutes and codes) to enforce purely statutory causes of action to adjudicate

Silverleaf Funding, LLC, as assignee of Woodbridge Mortgage Investment Fund 1, LLC

("Plaintiff") complaint;

  6.  That instead, this Plaintiff's purely statutory "colorable" rights and

misrepresented claims were enforced  and are continuing to be enforced by said County court in

want of jurisdiction using statutes and codes themselves lacking constitutional authority; and,

failing to adhere to the constitutionally proscribed mode and process of law;

  7.  That if the people are [supposedly] obliged or required to obey law, it must come

from a source which has authority to enact the law.  Clearly,  this Plaintiff , the Circuit Court Of

Cook County Illinois, County Department, Chancery Division, and the codifier's/revisers' of

such special laws, codes and statutes listed *2(a)(i-ix)* could not lawfully exercise such authority;

  8.  That the mode and process of making laws enumerated in the Illinois Constitution

1970, as adopted at special election on December 15, 1970,  Article IV § 8 provides in part: (a)

*The enacting clause of the laws of this State shall be: "Be it enacted by the People of the State of*

*Illinois, represented in the General Assembly." (b)The General Assembly shall enact laws only*

*by bill. (c)No bill shall become a law without the concurrence of a majority of the members*

*elected to each house. Final passage of a bill shall be by record vote. (d) A bill shall be read by*

*title on three different days in each house. The Speaker of the House of Representatives and the*

6

1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The Military shall be in strict subordination to the civil power.

Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™

*President of the Senate shall sign each bill that passes both houses to certify that the procedural*

*requirements for passage have been met;*

9.      That the foregoing sections (Art. I §1, Art. 1§16, Art. IV §8 etc…) of the Illinois Constitution 1970, as Adopted at special election on December 15, 1970, describes in that instrument the mode in which the ***will of the people***, acting through "government", can become law.  These provisions, giving the form and mode by which [supposedly] binding laws are enacted, are in the highest sense mandatory cannot be doubted or delegated for convenience. The statutes listed 2(a)(i-ix) and other similarly situated  revised statute and codes, in failing to follow the form and mode proscribed in the Ill. Const. 1970 Art. IV § 8 "on its face", cannot be held to be binding law.  Said codes/statutes are not the will of the people, constitutionally expressed, in the only mode and manner by which that will can acquire the force and validity, under the constitution, of law;

10.      That these legislative revised codes/statutes listed 2(a)(i-ix), are without a title, have no enacting clause and are sufficient to deprive these acts of legislative will of the force and effect of law; and the same did not become, therefore, and is not, legally binding and obligatory upon the respondents.  See City of Carlyle v. Nicolay, 165 N.E. 211, 215, 216, (Ill.1929); affirmed Liberty Nat. Bank of Chicago v. Merrick, 102 N.E. 2d 308, 310, 410 Ill. 429 (1951) ;

11.      That any previous findings of the Circuit Court of Cook County, County Department, Chancery Division, enforcing codes and statutes listed 2(a)(i-ix) constitutes acts that are not merely voidable, but are *only* null and void, without any lawfully binding authority upon respondents to follow them.  Such orders/judgments must be declared and vacated as an error

7



1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The
Military shall be in strict subordination to the civil power.
Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien
holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™
without any binding effect upon defendants in this matter, pursuant to the Illinois Constitution

1970, as Adopted at special election on December 15, 1970;

      12.    That the Circuit Court of Cook County comply to [Rule 24(a)(2) of the FRCP]

Intervention of Right;

      13.    That the  Court issue a writ of error vacating any prior judgments and or orders

unlawfully entered by a court lacking jurisdiction and enforcing statutes that are unlawful;

      14.    That the Circuit Court of Cook County reschedules trial until constitutional

challenge is examined; and,

      15.    That the Circuit Court of Cook County delay trial until requirements of the

Supreme Court of Illinois and the Illinois Attorney General have been properly noticed in the

interest of substantial justice.

May   19th 2015   MAY 1 8 2015

UCC 1-103-6, UCC 1-308, UCC 1-301, UCC 1-207

Darrey Hawthorne-Bey, Registered Owner
Of HAWTHORNE DERRICK corp. sole
d/b/a DERRICK HAWTHORNE
4136 W. Jackson Blvd.
at Chicago Illinois republic near[60624]

**NOTARY CERTIFICATE OF ACKNOWLEDGEMENT**    MAY 1 8 2015
Before me _William B Miller_____, a Notary public, this ___th day of May
2015 the above-named man did appear and proved on the basis of satisfactory evidence to be the
same credible living man named in this document.
Notary Name: _William B Miller_
Notary Public Signature: _William B Miller_
My commission expires: _11-4-15_

> OFFICIAL SEAL
> WILLIAM B. MILLER
> Notary Public - State of Illinois
> My Commission Expires Nov 04, 2015

**\*\*Copies of documents file with this court in support of defendants' defense\*\***
**<u>AVAILABLE UPON REQUEST</u>**

8

# NOTICE OF AFFIDAVIT

1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The
Military shall be in strict subordination to the civil power.
Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien
holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™

**FILED**

MAY 19, 2015

MAY 1 9 2015

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| SILVERLEAF FUNDING, LLC AS ASSIGNEE OF WOODBRIDGE MORTGAGE INVESTMENT FUNDING, LLC, | ) ) ) | Case No. |
| Plaintiff, | | 1:15-cv-04443 |
| V. | | Judge John J. Tharp, Jr Magistrate Judge Young B. Kim |
| HOME ELECTRONIC SOLUTIONS, INCORPORATED; DERRICK HAWTHORNE; UNKNOWN OWNERS, NON RECORD CLAIMANTS, UNKNOWN TENANTS, OCCUPANTS and LEASEHOLDS, | ) ) ) ) ) ) | NOTICE OF AFFIDAVIT |
| Defendants | ) | |

### NOTICE OF AFFIDAVIT OF FACTS TO RIGHTS PROTECTED

1. All men and women are by nature free and independent and have certain inherent and inalienable rights among which are life, liberty and the pursuit of happiness.

2. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

3. Where rights secured by the United States Constitution or the Illinois Constitution are involved, there can be no rule making or legislation that would abrogate these rights. The claim and exercise of a constitutional right cannot be converted into a crime. There can be no sanction or penalty imposed upon an individual because of this exercise of constitutional rights.

4. The fundamental principle of civil government is necessary to preserve the blessings of liberty. These blessings cannot endure unless the people recognize their corresponding individual obligations to protect said liberties by exercise of their rights secured.

5. In *Yakus v. U.S.*, 321 U.S. 414,1944 ;

1970 Illinois Constitution, adopted at special election on December 15, 1970, Article XII §2 The Military shall be in strict subordination to the civil power.
Notice of Special Restricted Appearance: Darry Hawthorne-Bey Beneficial Owner 1st Lien holder of HAWTHORNE DERRICK estate d/b/a DERRICK HAWTHORNE®™

"Whenever the judicial body is called into play, it is responsible directly to the fundamental law and no other authority can intervene to force or authorize the judicial body to disregard it."

May 18, 2015

By: _____

Darrey Hawthorne, Registered Owner

Darrey Hawthorne-Bey, Registered Owner
Of HAWTHORNE DERRICK corp. sole
d/b/a DERRICK HAWTHORNE
4136 W. Jackson Blvd.
at Chicago Illinois republic near[60624]

### Certificate of Service

I Darrey Hawthorne-Bey living man for DERRICK HAWTHORNE is to certify that I have this day served the Clerk of Court and the Illinois Attorney General NOTICE OF AFFIDAVIT OF FACTS TO RIGHTS PROTECTED by U.S mail certified delivery. Dated this ___18th___ day of May 2015.

To: Thomas G. Bruton
Clerk of Court
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
(312) 435-5670

Lisa Madigan
Illinois Attorney General
Office of the Attorney General
James R. Thompson Center, 11th floor
100 W. Randolph St.
Chicago, IL 60601
(312) 814-3000

UCC 1-103-6, UCC 1-308, UCC 1-301, UCC 1-207

Darrey Hawthorne-Bey, Registered Owner
Of HAWTHORNE DERRICK corp. sole
d/b/a DERRICK HAWTHORNE
4136 W. Jackson Blvd.
at Chicago Illinois republic near[60624]

# REGISTERED COPY OF CERTIFICATE OF TITLE

I accept the oaths of all public officers and bind them to it, as well as bestow my immunity on them while administering my lawful orders. This public record under the seal of a competent court is guaranteed full faith and credit per Article 4 Section 1 of your Constitution. Any officer of the public who does not immediately carry out these lawful orders acknowledges warring with the constitution, and committing treason. So let it be written, so let it be done.

## Affidavit of Ownership and Non Citizen Nationality

### Legal Ownership Notice and Warning, as this is on and for the public record

### Established by a court of record (UCC 1-103, 308, 415 by reference...)

(Reference to secured rights and public-laws listed below as well as common law)

(Declaration to expire as of December 31, 2099 unless renewed by grantor verbally)

### ACKNOWLEDGEMENT/AFFIDAVIT

APPEARING PERSONALLY BEFORE ME the undersigned Notary, on this 07th day of January, 2015, I, *Bey, Hawthorne Darrey* , a credible living, self-aware man created in the image of Great god Allah, known to me by verification who duly attest on this affirmation and acknowledgement, deposes and declares:

"I, *Bey, Hawthorne, Darrey* Secured Party /Creditor of sound mind and lawfully qualified hereby declare myself henceforth as *a Aboriginal / Asiatic Moor/ Muur/ Moorish American National, and a MOSLEM, I* am not a citizen of the United States. I am familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title. I claim Ownership, Executor, Director, Grantor, Executor Officer of any Trust, Estate, Legal-Name, **CERTIFICATION OF VITAL RECORD, CERTIFICATE OF LIVE BIRTH** or any variation thereof: **Certificate of Live Birth: 112-71-616640, Quitclaim Deed Doc#: 1013834085,** Hawthorne, Derrick,, Derrick Hawthorne, DERRICK HAWTHORNE or any variation thereof.

I declare under penalty of perjury, under the laws of the Republic of Illinois and the United States of America that the foregoing is true and correct, without United States, 28 USC 1746(1).

Date: 01/19/2015

Name: _Darrey Hawthorne Bey_

Witness: _____

Witness: _____

STATE OF ~~ILLINIOS~~ indiana )

COUNTY OF ~~COOK~~ Lake )

### ACKNOWLEDGEMENT

Subscribed and affirmed before me, _Bey , Hawthorne Darrey_ , Notary Public for said state, came **Bey, Hawthorne Darrey** The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Persons known by, referred to or rendered as Hawthorne, Derrick, Derrick Hawthorne, DERRICK HAWTHORNE **(or any variation thereof)**, on this day of January, 2015.

_____         Jan 28 2021

Notary Public                     My Commission Expires

YISHRAEL YISRAEL SULLIVAN
Notary Public - Seal
State of Indiana
My Commission Expires Jan 28, 2021

YISHRAEL YISRAEL SULLIVAN
NOTARY SEAL
STATE OF INDIANA

15011545-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Illinois, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

## THIS IS A TRUE AND CORRECT COPY

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirteenth day of January, 2015.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By_____

Assistant Authentication Officer, Department of State



**State of Illinois**
**Executive Department**

UNITED STATES OF AMERICA)
                       ) SS
     STATE OF ILLINOIS )

CERTIFICATE OF INCUMBENCY

I,   JESSE WHITE,  Secretary of State of the State of Illinois, certify that

DAVID ORR

who signed the foregoing, was at the time of signing same COUNTY CLERK, COOK COUNTY in the State of Illinois duly commissioned and qualified to that office and that full faith and credit are due the official attestations.

IN TESTIMONY WHEREOF, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois. Done at the City of Chicago, JANUARY 9, 2015.

_Jesse White_
Secretary of State

## CERTIFICATION OF VITAL RECORDS

STATE OF ILLINOIS)
County of Cook)

**DAVID ORR, County Clerk**

**January 8, 2015**

I, David Orr, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and files of said County do herby certify that the attached is the true and correct copy of the original Record on file, all of which appears from the records and files in my office. IN WITNESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the City of Chicago, in said County.

---

Type or Print in PERMANENT INK
See Hospital or Physician's Handbook for INSTRUCTIONS

**MATCHING IDC**

STATE OF ILLINOIS

CHILD'S BIRTH NUMBER

**CERTIFICATE OF LIVE BIRTH** 112-71 616640

REGISTRATION DISTRICT NO. **16.10**

REGISTERED NUMBER

1. *1035*

**CHILD**

1. CHILD—NAME FIRST **Darrey** MIDDLE LAST **Hawthorne** — DATE OF BIRTH (MONTH, DAY, YEAR) 2a. **April 1, 1971** HOUR 2b. **7:30 A** M

3. SEX **Male** — THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) 4a. **Single** — IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY) 4b. — PLACE OF BIRTH 5a. COUNTY **Cook.**

5b. CITY, TOWN, TWP, OR ROAD DISTRICT NO. **Chicago** — INSIDE CITY (YES/NO) 5c. **Yes** — HOSPITAL—NAME 5d. **Mount Sinai Hospital Medical Center** — IF NOT IN HOSPITAL, GIVE STREET AND NUMBER

3. *29452*

**MOTHER**

6a. MOTHER—MAIDEN NAME FIRST **Catherine** MIDDLE LAST **Goss** — AGE (AT TIME OF THIS BIRTH) 6b. **23** — BIRTHPLACE (STATE OR FOREIGN COUNTRY) 6c. **Canada**

7a. RESIDENCE STATE **Illinois** COUNTY 7b. **Cook** CITY, TOWN, TWP, OR ROAD DISTRICT NO. 7c. **Chicago** INSIDE CITY (YES/NO) 7d. **Yes** STREET AND NUMBER 7e. **1438 South Sawyer** ZIP

7f. MOTHER'S COMPLETE MAILING ADDRESS STREET AND NUMBER OR R.F.D. **1438 South Sawyer** CITY OR TOWN **Chicago** STATE **Illinois** Z P **60623**

**FATHER**

8a. FATHER—NAME FIRST **John** MIDDLE **Allen** LAST **Hawthorne** — AGE (AT TIME OF THIS BIRTH) 8b. **26** — BIRTHPLACE (STATE OR FOREIGN COUNTRY) 8c. **Canada**

9a. INFORMANT'S SIGNATURE ► *Catherine Hawthorne* — RELATION TO CHILD 9b. **Mother**

**CERTIFIER**

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE.

10a. SIGNATURE *Suprabha S. Pagebu M.D* — DATE SIGNED (MONTH, DAY, YEAR) 10b. **April 2, 1971** — ATTENDANT—M D, D O, MIDWIFE OTHER (SPECIFY) 10c. **M.D.**

10d. ILLINOIS LICENSE NUMBER **T-3096**

10e. CERTIFIER'S COMPLETE MAILING ADDRESS STREET AND NUMBER OR R.F.D. **2750 West 15th Place** CITY OR TOWN **Chicago** STATE **Illinois** Z P **60608**

11b. LOCAL REGISTRAR'S SIGNATURE ► *Quincey C. Brown* M.D. — CHICAGO BOARD OF HEALTH, Chicago Civic Center, Room 105, Concourse Level, Chicago 60602 11b. DATE REC'D BY LOCAL REGISTRAR (MONTH, DAY, YEAR) **APR 5 1971**

VR 100—(1969H) ILLINOIS DEPARTMENT OF PUBLIC HEALTH—BUREAU OF VITAL RECORDS (BASED ON 1968 U.S. STANDARD CERTIFICATE)

---

3397134



County of Cook
State of Illinois



## Office of County Clerk
### David Orr

DAVID ORR   COUNTY CLERK



This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

# CERTIFICATE OF TITLE



PREPARED By:

**RECORDING REQUESTED BY:**
**DERRICK HAWTHORNE**

**AND WHEN RECORDED MAIL TO:**
**Hawthorne, Derrick**
c/o 4136 W. Jackson Blvd.
Chicago, IL [60624]

**DOCUMENT PREPARED BY:**



Doc#: 1435657012 Fee: $52.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 12/22/2014 12:18 PM Pg: 1 of 8

**Mail all Tax Statements to the address above**
APN# 16-15-214-030

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# AFFIDAVIT

**CERTIFICATE OF ACKNOWLEDGEMENT FOR THE ACCEPTANCE OF DEED**

**I, Derrick, a man, of the family Hawthorne, made in the Creator's image,** with indefeasible title to my land and lawful owner of the landed Estate known as DERRICK HAWTHORNE and it's real property and interest, under the seal: "Derrick Hawthorne", and any derivations thereof, am recorded as grantee on the Quit Claim DEED for the real property described on the attached certified copy of said deed. Said Quit Claim DEED is document number 1013834085, dated the 13th day of April, 2010 and recorded May 18, 2010 in the office of registered deeds, COOK COUNTY RECORDER OF DEEDS, STATE OF ILLINOIS, and is attached and made part hereof.

**LET IT BE KNOWN BY THESE PRESENT,** that it is my freewill act and deed to execute this Affidavit of Acknowledgement for my Acceptance of the Quit Claim Deed, recorded in **Plat Book 35, Page 40 No. 1114021 Pin# 16-15-214-030; 4136 W. Jackson Blvd, Chicago, Illinois,** and lawful ownership of the property under the terms of the deed as my claim of unalienable right. I command that the record on file in the office of register of deed be updated to show my acceptance of the deed, as lawful owner of the real estate. **All other real property and interest issued for this real estate and its gain is to be immediately returned to me.**

**Further let it be known by these present that I accept the oaths** of all public officers and bind them to such, as well as bestow my Sovereign immunity on them while administering my lawful orders. The public record under the seal of a competent court is guaranteed full faith and credit per Article 4 Section 1 of **YOUR** Constitution. Any officer of the public who does not immediately carry out these lawful orders acknowledges warring with the Constitution, and committing treason. So let it be written, so let it be done.

**Derrick Hawthorne, on this** _18th_ **day of December, 2014, do hereby swear under oath, attest and affirm** I have prepared this document for the sole purpose as set forth herein, and not for any other purpose and not to mislead, obstruct, obscure or impede the rightful due processes as provided by law, public codes and legal statues. As the below signatory claimant hereby enter this into the public record based on informed firsthand knowledge and stating that the herein contained information is true, correct, complete, and certain and claimant will testify to the veracity thereof.
**Witness my Hand and Seal as my freewill act and deed.**

By: _Derrick Hawthorne_ ucc 1-308

AFFIDAVIT AND CERTIFICATE OF ACKNOWLEDGEMENT FOR THE ACCEPTANCE OF DEED WITH
ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COOK COUNTY | ) |

**ACKNOWLEDGEMENT AND ACCEPTANCE OF DEED**

I, Derrick Hawthorne the living man in the capacity of DERRICK HAWTHORNE am recorded as the ("**GRANTEE**") on the real estate address as described on the attached **certified copy** of said deed. It is my freewill act and deed, to execute this acknowledgement of the deed and acceptance of lawful ownership of the property under the terms of the deed. I, the **GRANTEE** ask that the record on file in the office of **Register of Deeds** be updated to show my acceptance of the deed as the lawful owner of the real estate located at: 4136 W. Jackson Blvd, Chicago, Illinois [60624]; accordingly I, Derrick Hawthorne reserve all **equitable ownership and equitable title** to my land and property there upon.

LOT34 IN BLOCK 7 IN W.M. DERBY'S SUBDIVISION OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 39 NORTH RANGE 13, EAST OF THE THIRD PRINCIPLE MERIDIAN IN COOK COUNTY, ILLINOIS

Permanent Index No:      16-15-214-030
Commonly Known as:     4136 W. Jackson Blvd.
                                        Chicago, Illinois 60624

We, the undersigned witnesses, do hereby swear or affirm that: **Derrick Hawthorne,** has stated to us that it is his freewill act and deed to execute his acceptance of the said deed and lawful ownership of the property under the terms of the deed and to record this **"Acknowledgement/Acceptance of Deed"** along with the **certified Copy** of the **" Quit Claim Deed"** from the Cook County Register of Deeds.

_Jacynta Brier_                         Date: _12-18-14_
Common Law Witness

_M Jean 17-EL UCC1-308_       Date: _12/18/2014_
Common Law Witness

_Jatiane Banks_                        Date: _12-18-2014_
Common Law Witness

Done under my hand and seal of my freewill act and deed

By: _Derrick Hawthorne UCC1-308_     _12/18/2014_
        **Hawthorne, Derrick**                              Date

| | |
|---|---|
| State of Illinois | ) |
| | ) ss. |
| County of Cook | ) |

On this _18th_ day of December, 2014 before me the Subscriber _Akif Bey_

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15

## Exhibit B

### "Affidavit of Truth"

*On the record, for the record, let the record show...*

1. Definition of "DEED" ... at common law, a sealed instrument, containing a contract or covenant, delivered by the party to be bound thereby, and accepted by the party to whom the contract or covenant runs.... Black's Law Dictionary, Sixth Edition, 1990, page 414
2. According to Bouvier's Law Dictionary and the case under the "To Record" definition " the act of recording **was incomplete without a certificate of the acknowledgement....**"
3. .... One must do a **"Certificate of Acknowledgement"** of Acceptance of the Deed contract in order for his or her interest in the property to be duly recorded and their **ownership established.**
4. Black's and Bouvier's Law Dictionaries defines them "Deed(s) are conveyancing contracts.... Therefore, deeds at common law are bilateral "Contracts", which need to be accepted to be complete. A contract must be offered and accepted. If one never signed and acceptance and acknowledgement of the deed contract the contract is "incomplete".
5. One complete passion of the (legal/equitable) title rights to ownership of the land and property by signing in acceptance and acknowledgement of the deed contract. Deed contracts that are unduly, or de facto, recorded are not considered as giving proper notice.
6. Accordingly to give proper notice, the deed instrument recorded must be such as is authorized to be duly recorded and the registry of the instrument must have been made in compliance with the lea and with regard to deeds that means the deed contract must be "**accepted by the grantee to be a completed contract**"

It is therefore without reservation that the attached *affidavit – Certificate of Acknowledgement for the Acknowledgement and Acceptance of Deed is of my free act and will as "grantee".* More so, I have securely applied due process of completion of legal/equitable title rights to ownership of the land and property for 4136 W. Jackson Blvd., Chicago, Illinois... Property Identification Number (Pin) 16-15-214-030. I am not a tenant, but the **legal and lawful owner of 4136 W. Jackson Blvd. Chicago, Illinois.**
Any and all disputes or illegal claims to my legal and lawful claim will be challenged under Article 111 Courts.

Witness my Hand and seal as my freewill act and deed:

By: *Derrick Hawthorne* UCC1-308    12/18/2014
    Hawthorne, Derrick All Rights Reserved       Date

Subscribed before me on this 18th Day of December, Two Thousand Fourteen,

By *Akif Bey* _____, proved to me the basis of satisfactory evidence to be the person appeared before me.

*Akif Bey* _____ My Commission Expires 4/27/15   Seal
NOTARY PUBLIC          DATE

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15

appeared: Derrick Hawthorne, to me known to be the living man described in and who executed the foregoing instrument and acknowledged before me that he executed the same as his freewill act and deed.

_Akif Bey_ _____     _4/27/15_      Notary Stamp
Notary Public Signature            My Commission Expires

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15

# ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I _____*Akif Bey*_____ , the below subscribed Notary in and for the State of Illinois, to do solemnly attest that I administered an Oath to the Man as the living being who sworn to veracity and validity of this *Affidavit and Certificate of Acknowledgement for the Acceptance of Deed,* that he did so of his own freewill act and deed, and that I personally witnessed his execution of same with original wet ink signature and seal entered above. Be it further known by these presents that I , ____*Akif Bey*____ as Witness for the herein matter, on this 18 th day of December 2014, am a third party and not a party to the matter. As Witness for the herein matter I am acting for the purpose of taking and administering the oath of the party as stated and of sealing same into public record.

By: _____*Akif Bey*_____

**Affirmed on the date as set forth herein**

**"Indeed, no more than such affidavits are necessary to make the prima facie case."**
*United States v. Kis, 658 F.2d 526 (1981)*

State of Illinois )
)
)     Sworn and Subscribed **JURAT**
)
County of Cook )

Subscribed and sworn to (or affirmed) before me on this 8 th day of December, Two Thousand Fourteen, By: ____*Akif Bey*____ , proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Seal/Stamp

_____*Akif Bey*_____
**NOTARY PUBLIC**

_____
~~DATE~~

My Commission Expires: __4/27/15__

```
OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15
```

**EXHIBIT A: CERTIFIED COPY OF QUIT CLAIM DEED,** Record Number 1013834085, 3 pages recorded on 05/18/2010, and the back of page 3 is *certified* copy from the Cook County Recorder of Deeds, State of Illinois. Permanent Real Estate Index Number: 16-15-214-030; Address of Real Estate: 4136 W. Jackson Blvd., Chicago, Illinois

**NOTICE OF DEFAULT**



Certified Mail No. 7012 2920 0000 6836 1244          Date; 03/06/2015

**AFFIDAVIT OF NOTICE OF NOTARY PRESENTMENT, COPYRIGHT/COPY CLAIM**
**AFFIDAVIT UNDER CONSTRUCTIVE NOTICE**
## NOTICE OF DEFAULT

Officer in Charge:
SILVERLEAF FUNDING, LLC
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC
14225 VENTURA BLVD., SUITE 100
SHERMAN OAKS, CA 91423

RE: 4136 W. Jackson Blvd., Chicago, Illinois 60624

Dear Principal Officer:

On this _6th_ day of _March_ , 2015, the undersigned Secured Party caused to be sent to you a
**Affidavit of Notice of Notary Presentment, COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER**
**CONSTRUCTIVE NOTICE, NOTICE OF DEFAULT with regards to alleged account no. 4136 W.**
**Jackson Blvd. Chicago, IL 60624. Private Notice of Dispute of Debt in the Nature of Request for**
**Discovery to Exhaust Private Administrative Remedy** dated: _2/25/15_ , 2015.

You failed to perform after receiving these presentments **from Derrick Hawthorne, and you failed to**
**perform by providing the requested and necessary Proof in regards to Notice of Dispute of Debt**
**Claim after receiving the said COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER**
**CONSTRUCTIVE NOTICE** from the undersigned.

As the Respondent, you are now in Default and you are in agreement and have stipulated to the terms of the
undersigned's dated presentment through your dishonor. You have the right to cure this fault and perform
according to said terms within the 1 (24hrs) from the postmark of this Notice.

Should you fail to cure your fault, I will establish an affidavit of fault, agreement and failure to contest
acceptance and obtain a AFFIDAVIT OF CERTIFICATE OF NON- RESPONSE pursuant to and relative
to UCC, State Statute and otherwise. Thank you for your prompt attention to this matter.

Sincerely,
Without Prejudice
Authorized representative, Darrey Hawthorne

_(signature)_                                              _(signature)_
Secured Party, Creditor                                   Notary

Return:
Akif Bey                                                  _4/27/15_
Notary Public                                             Commission Expires
c/o Darrey Hawthorne
611 Yates
Calumet, IL 60409

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15

938291 1

Sender: Please print your name, address, and ZIP+4 in this box •

*Hkf Bey*
*c/o Darcey Hawkins me*
*811 yates*
*calumet, FL 60409*

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE
SHERMAN OAKS
CA 913
17 MAR. '15
PM 5 L

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Silverleaf funding LLC
Woodbridge mortgage INVESTMENT FUND
1, LLC
14225 Ventura, Blvd. Suite 100
Sherman OAKS, CA 91423

2. Article Number
(Transfer from service label)

7012 2920 0000 6936 1244

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name ) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

```
Issue Postage:                $3.79

      SHERMAN OAKS CA        $5.75
91423-2758 Zone-7
Priority Mail 2-Day
Gift Card Flat Rate Env
1.40 oz.
Expected Delivery: Mon 03/16/15
Includes $50 insurance

Return Rcpt (Green          $2.70
Card)
@@ Certified               $3.30
USPS Certified Mail #:
7012292C0000693612 4
                          ========
Issue Postage:             $11.75

@@    CHICAGO IL 60602      $5.75
Zone-0
Priority Mail 1-Day
Flat Rate Env
3.90 oz.
Expected Delivery: Sat 03/14/15
Includes $50 insurance
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®
SHERMAN OAKS CA 91423

| | | |
|---|---|---|
| Postage | $ $5.75 | 0804 |
| Certified Fee | $3.30 | 18 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $11.75 | 03/12/2015 |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7012 2920 0000 6936 1244

Judge John J. Tharp, Jr
Magistrate Judge Young B. Kim

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - CHANCERY DIVISION**

FILED

2015 MAY 18 AM 10: 55

CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
DOROTHY BROWN CLERK

|  |  |  |
|---|---|---|
| SILVERLEAF FUNDING, LLC AS ASSIGNEE OF WOODBRIDGE MORTGAGE INVESTMENT FUND1, LLC, | ) ) ) | Case No. 14 CH 03063 |
| Plaintiff, | ) ) | Calendar/Room 57 |
| V. | ) ) ) | 4136 W. Jackson Blvd. Chicago, Illinois 60624 |
| HOME ELECTRONIC SOLUTIONS, INCORPORATED; DERRICK HAWTHORNE; UNKNOWN OWNERS, NON RECORD CLAIMANTS, UNKNOWN TENANTS, OCCUPANTS and LEASEHOLDS, | ) ) ) ) ) ) | NOTICE OF REMOVAL |
| Defendants | ) ) | |

FILED
MAY 19, 2015
MAY 1 9 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO: SERVICE LIST

**PLEASE TAKE NOTICE** that on May 18, 2015, the undersigned caused to be filed with the Clerk of the Circuit Court of Cook County, County Department, Chancery Division, Daley Center, 50 W. Washington Street, Chicago, Illinois the attached NOTICE OF REMOVAL, a copy of which is served upon you.

By: _____
Derrick: Hawthorne

## CERTIFICATE OF SERVICE

I, Derrick: Hawthorne, living man for DERRICK HAWTHORNE, hereby certify that a true and accurate copy of the above mentioned documents were duly served upon the above mentioned parties, via U.S. First Class Mail on May 18, 2015 before 5 p.m.

By: _____
Derrick: Hawthorne (Flesh and blood living man)

Derrick: Hawthorne
C/o 4136 W. Jackson Blvd.
at Chicago Illinois republic near[60624]

| | | |
|---|---|---|
| SILVERLEAF FUNDING, LLC AS ASSIGNEE OF | ) | Case No. 14 CH 03063 |
| WOODBRIDGE MORTGAGE INVESTMENT | ) | |
| FUND1, LLC, | ) | Calendar/Room 57 |
|         Plaintiff, | ) | |
| | ) | |
|     V. | ) | 4136 W. Jackson Blvd. |
| | ) | Chicago, Illinois 60624 |
| HOME ELECTRONIC SOLUTIONS, | ) | |
| INCORPORATED; DERRICK HAWTHORNE; | ) | NOTICE OF REMOVAL |
| UNKNOWN OWNERS, NON RECORD | ) | |
| CLAIMANTS, UNKNOWN TENANTS, | ) | |
| OCCUPANTS and LEASEHOLDS, | ) | |
|         Defendants | ) | |

## SERVICE LIST

Honorable Allen Price Walker, Associate Judge
Chancery Division
50 West Washington Street, Rm. 2809
Richard J. Daley Center
Chicago, IL 60602

TAFT STETTINIUS & HOLLISTER LLP
Atty. For SILVERLEAF FUNDING
111 EAST WACKER, SUITE 2800
CHICAGO, ILLINOIS 60601

UNKNOWN OWNERS AND NON-RECORD CLAIMANTS

UNKNOWN TENANTS, OCCUPANTS and LEASEHOLDS